IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL YORK**                                                                                              **PLAINTIFF**

v.                                          Case No. 4:25-cv-00054-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                            **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11).  No party has filed objections to the Recommended Disposition, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects.  The Commissioner's decision is reversed and remanded for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The Court denies as moot plaintiff Michael York's motion for entry of Judgment (Dkt. No. 12).

It is so ordered this the 23rd day of December, 2025.

                                                                                                    _____
                                                                                                    Kristine G. Baker
                                                                                                    Chief United States District Judge