IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL YORK**                                                                                         **PLAINTIFF**

**v.**                        **Case No. 4:25-cv-00054-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter this date, it is considered, ordered, and adjudged that this case is reversed and remanded for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this 23rd day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge